UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| Chrystal Edwards, Terron Edwards, John Jacobson, Catherine Cooper, Kileigh Hannah, Kristopher Rowe, Katie Rowe, Charles Dennert, Jean Ackerman, William Laske, Jan Graveline, Todd Graveline, Angela West, Douglas West, *and all others similarly situated*, <br><br>     Plaintiffs, <br><br>   v. <br><br> Robin Vos, *in his official capacity as Speaker of the Wisconsin State Assembly*; Scott Fitzgerald, *in his official capacity as Majority Leader of the Wisconsin State Senate*; Wisconsin State Assembly; Wisconsin State Senate; Wisconsin Elections Commission; Marge Bostelmann, Julie M. Glancey, Ann S. Jacobs, Dean Knudson, Robert F. Spindell, Jr., and Mark L. Thomsen, *in their official capacities as members of the Wisconsin Elections Commission*, and Meagan Wolfe, *in her official capacity as the Administrator of the Wisconsin Elections Commission*, <br><br>     Defendants. | Case No. 3:20-cv-340-wmc |

## LEGISLATIVE DEFENDANTS' MOTION
## TO DISMISS THE AMENDED COMPLAINT

Under Rules 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure and this Court's inherent authority to stay a case, Defendants Speaker Robin Vos, Majority Leader Scott Fitzgerald, the Wisconsin State Assembly, and the Wisconsin State Senate (collectively "Legislative Defendants") hereby move to dismiss or, at a minimum, stay the Amended Complaint. Legislative Defendants set forth the grounds for this Motion in their Memorandum In Support Of Their Motion To Dismiss The Amended Complaint, which they have filed contemporaneously with this Motion.

For the reasons set forth in this supporting memorandum, Legislative Defendants respectfully request that this Court grant their Motion.

Dated, May 18, 2020

                                                   Respectfully Submitted,

                                                   /s/ Misha Tseytlin
                                                 MISHA TSEYTLIN
                                                 (State Bar No. 1102199)
                                                 KEVIN M. LEROY
                                                 (State Bar No. 1105053)
                                                 TROUTMAN SANDERS LLP
                                                 227 W. Monroe Street
                                                 Suite 3900
                                                 Chicago, IL 60606
                                                 (608) 999-1240
                                                 (312) 759-1939 (fax)
                                                 misha.tseytlin@troutman.com
                                                 kevin.leroy@troutman.com

                                                 *Attorneys for Legislative Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on the 18th day of May, 2020, a true and accurate copy of the foregoing was served via the Court's CM/ECF system upon all counsel of record.

/s/ Misha Tseytlin
MISHA TSEYTLIN
TROUTMAN SANDERS LLP
227 W. Monroe Street
Suite 3900
Chicago, IL 60606
(608) 999-1240
(312) 759-1939 (fax)
misha.tseytlin@troutman.com