**UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF WISCONSIN**

---

| | |
|---|---|
| CHRYSTAL EDWARDS, TERRON EDWARDS, JOHN JACOBSON, CATHERINE COOPER, KILEIGH HANNAH, KRISTOPHER ROWE, KATIE ROWE, CHARLES DENNERT, JEAN ACKERMAN, WILLIAM LASKE, JAN GRAVELINE, TODD GRAVELINE, ANGELA WEST, DOUGLAS WEST, and all others similarly situated, | Case No. 20-CV-340 |

      Plaintiffs,

      v.

ROBIN VOS, in his official capacity as Speaker of the Wisconsin State Assembly; SCOTT FITZGERALD, in his official capacity as Majority Leader of the Wisconsin State Senate; STATE OF WISCONSIN; WISCONSIN STATE ASSEMBLY; WISCONSIN STATE SENATE; WISCONSIN ELECTIONS COMMISSION; MARGE BOSTELMANN, JULIE M. GLANCEY, ANN S. JACOBS, DEAN KNUDSON, ROBERT F. SPINDELL, JR., and MARK L. THOMSEN, in their official capacities as members of the Wisconsin Elections Commission, and MEAGAN WOLFE, in her official capacity as the Administrator of the Wisconsin Elections Commission,

      Defendants.

---

**DEFENDANTS WISCONSIN ELECTIONS COMMISSION, MARGE BOSTELMANN,
JULIE M. GLANCEY, ANN S. JACOBS, DEAN KNUDSEN,
ROBERT F. SPINDELL, JR., MARK L. THOMSEN AND MEAGAN WOLFE
NOTICE OF MOTION AND MOTION TO DISMISS THE AMENDED COMPLAINT**

PLEASE TAKE NOTICE, The above-named defendants, the Wisconsin Elections Commission ("WEC"), WEC Commissioners Bostelmann, Glancey, Jacobs, Knudsen, Spindell and Thomsen, and WEC Administrator Wolfe, the individuals being sued in their official capacity, will move for an order dismissing them for lack of subject matter jurisdiction, pursuant to Rules 12(b)(1) and 12(b)(6), Fed. R. Civ. Proc. from the above-captioned lawsuit as soon this matter may be heard. The bases for this motion are set forth in the attached memorandum in support of the motion to dismiss.

Respectfully submitted this 25th day of May, 2020

/s/ Dixon R. Gahnz
Dixon R. Gahnz, SBN: 1024367
Daniel P. Bach, SBN: 1005751
Terrence M. Polich, SBN: 1031375
Daniel S. Lenz, SBN: 1082058

LAWTON & CATES, S.C.
345 W. Washington Ave., Suite 201
PO Box 2965
Madison, WI 53701-2965
PH: 608-282-6200
Fax: 608-282-6252
dgahnz@lawtoncates.com
dbach@lawtoncates.com
tpolich@lawtoncates.com
dlenz@lawtoncates.com

Attorneys for Defendants
Wisconsin Elections Commission,
WEC Commissioners Bostelmann, Glancey,
Jacobs, Knudsen, Spindell and Thomsen,
and WEC Administrator Wolfe