IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| CHRYSTAL EDWARDS, TERRON EDWARDS, JOHN JACOBSON, CATHERINE COOPER, KILEIGH HANNAH, KRISTOPHER ROWE, KATIE ROWE, CHARLES DENNERT, JEAN ACKERMAN, WILLIAM LASKE, JAN GRAVELINE, TODD GRAVELINE, ANGELA WEST, DOUGLAS WEST, and all others similarly situated,<br>*Plaintiffs*,<br><br>v.<br><br>ROBIN VOS, in his official capacity as Speaker of the Wisconsin State Assembly; SCOTT FITZGERALD, in his official capacity as Majority Leader of the Wisconsin State Senate; WISCONSIN STATE ASSEMBLY; WISCONSIN STATE SENATE; WISCONSIN ELECTIONS COMMISSION; MARGE BOSTELMANN, JULIE M. GLANCEY, ANN S. JACOBS, DEAN KNUDSON, ROBERT F. SPINDELL, JR., and MARK L. THOMSEN, in their official capacities as members of the Wisconsin Elections Commission, and MEAGAN WOLFE, in her official capacity as the Administrator of the Wisconsin Elections Commission,<br>*Defendants*,<br><br>REPUBLICAN NATIONAL COMMITTEE and REPUBLICAN PARTY OF WISCONSIN,<br>[*Proposed*] *Intervenor-Defendants*. | Case No. 3:20-cv-340-wmc |

## MOTION TO INTERVENE AS DEFENDANTS BY THE REPUBLICAN NATIONAL COMMITTEE AND REPUBLICAN PARTY OF WISCONSIN

Movants, the Republican National Committee and Republican Party of Wisconsin, seek to intervene as defendants in this case under Rules 24(a)(2) and (b). This motion is accompanied by a memorandum of law that explains why Movants are entitled to intervention as of right and permissive intervention. For the reasons in that memorandum, Movants respectfully ask the Court to grant this motion. All Defendants consent to this motion, and Plaintiffs do not oppose it.

1

Dated: June 8, 2020                     Respectfully submitted,

                                         /s/ Patrick Strawbridge
                                        Patrick Strawbridge
                                        CONSOVOY MCCARTHY PLLC
                                        Ten Post Office Square
                                        8th Floor South PMB #706
                                        Boston, MA 02109
                                        (703) 243-9423
                                        patrick@consovoymccarthy.com

                                        Jeffrey M. Harris
                                        Cameron T. Norris
                                        Alexa R. Baltes
                                        CONSOVOY MCCARTHY PLLC
                                        1600 Wilson Blvd., Ste. 700
                                        Arlington, VA 22209

                                        *Counsel for Proposed Intervenor-Defendants*
                                        *Republican National Committee and*
                                        *Republican Party of Wisconsin*